IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JACQUAS L. MARTIN, | ) | 4:99CV3152 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER ON MOTION IN OBJECTION TO |
| | ) | MEMORANDUM AND ORDER AND |
| HAROLD W. CLARKE, | ) | MOTION FOR RECONSIDERATION OF |
| | ) | REOPENING, OR NEW HABEAS |
| Respondent. | ) | CORPUS WRIT |
| | ) | |

IT IS ORDERED that the Motion in Objection to Memorandum and Order & Motion for Reconsideration of Reopening, or New Habeas Corpus Writ, filed June 28, 2006, is denied.

Dated June 28, 2006.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge